**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

JEROME L. GRIMES                           CIVIL ACTION NO. 16-0620

VERSUS                                     JUDGE S. MAURICE HICKS, JR.

LEN WILKENS                            MAGISTRATE JUDGE HORNSBY

**ORDER**

       Before the Court is Plaintiff's "Motion for an Immediate Temporary Cease and Desist Court Injunction." [Doc. No. 3] This Court construes this motion to be a Motion for Temporary Restraining Order. To obtain the relief he seeks, Plaintiff would have to show (1) a substantial likelihood of success on the merits, (2) a substantial threat of irreparable injury absent an injunction, (3) that the threatened injury would exceed any harm that would flow from the injunction, and (4) that the injunction would not undermine the public interest. Walgreen Co. v. Hood, 275 F.3d 475, 477 (5th Cir. 2001). Because Plaintiff has failed to make such a showing, the Motion for an Immediate Temporary Cease and Desist Court Injunction is **DENIED.**

       **IT IS SO ORDERED.**

       **THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 6th day of May, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE