UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JEROME L. GRIMES | CIVIL ACTION NO. 16-0620 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LEN WILKENS | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 7), and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2).

**IT IS FURTHER ORDERED** that Grimes' request in his Objection to the Report and Recommendation for leave to file an Amended Complaint (Record Document 8) is **DENIED**, as the Court finds that any amendment would be frivolous. See Foman v. Davis, 371 U.S. 178, 182 (1962).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 24th day of February, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE